DOWNEY BRAND LLP
SANDRA L. SAVA (Bar No. 117415)
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Email: ssava@downeybrand.com
Telephone:   916.444.1000
Facsimile:    916.444.2100

Attorneys for Defendant,
MIRLA DAVILA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>             Plaintiff,<br><br>      v.<br><br>MIRLA DAVILA, an individual, and PILAR GONZALEZ GORTINSKY,<br><br>             Defendants.<br><br>AND RELATED CROSS-ACTION | Case No. 2:20-CV-01413-JAM-AC<br><br>**STIPULATION AND ORDER TO DISBURSE FUNDS**<br><br>Judge:  Honorable John A. Mendez<br><br>Complaint filed: 7-13-20<br>Cross Complaint Filed: 9-3-20 |

Defendant, MIRLA DAVILA, by and through her counsel, Sandra L. Sava, and Defendant/Cross-Complainant, PILAR GONZALEZ GORTINSKY, by and through her counsel, Daniel I. Spector, (collectively the "Parties"), acknowledge, represent, and stipulate as follows:

1.   The Parties represent they are the sole remaining parties to the pending action;

2.   The Parties have reached a settlement with respect to disbursement of 100% of the interpleaded funds on deposit with the Court's Registry of Funds;

3.   The Parties agree and request the Clerk of the Court to disburse and pay seventy percent (70%) of the principal of interpleaded funds to DOWNEY BRAND LLP, in trust for MIRLA DAVILA, 621 Capitol Mall, 18th Floor, Sacramento, California  95814;

4.   The Parties agree and request the Clerk of the Court to disburse and pay thirty percent

(30%) of the principal of interpleaded funds to the LAW OFFICE OF DANIEL I. SPECTOR, in trust for PILAR GONZALEZ GORTINSKY as Trustee for JESSICA GORTINSKY and CHRISTIAN GORTINSKY, 9700 Business Park Drive, Suite 301 Sacramento, 95827;

5. The Parties further agree and request the Clerk of the Court to disburse and pay seventy percent (70%) of any accrued interest on the interpleaded funds to DOWNEY BRAND LLP, in trust for MIRLA DAVILA, 621 Capitol Mall, 18th Floor, Sacramento, California 95814;

6. The Parties further agree and request the Clerk of the Court to disburse and pay thirty percent (30%) of any accrued interest on the interpleaded funds to the LAW OFFICE OF DANIEL I. SPECTOR, in trust for PILAR GONZALEZ GORTINSKY as Trustee for JESSICA GORTINSKY and CHRISTIAN GORTINSKY, 9700 Business Park Drive, Suite 301 Sacramento, 95827.

IT IS SO STIPULATED.

DATED: November 28, 2022         DOWNEY BRAND LLP


By: _____/s/ Sandra L. Sava_____
SANDRA L. SAVA
Attorneys for MIRLA DAVILA

DATED: November 28, 2022         LAW OFFICE OF DANIEL I. SPECTOR


By: _____/s/ Daniel I. Spector_____
DANIEL I. SPECTOR
Attorney for PILAR GONZALEZ GORTINSKY

[ORDER CONTINUES ON NEXT PAGE]

ORDER

Pursuant to the Stipulation of the Parties and good cause appearing therefore, the Court hereby orders and directs the Clerk of the Court as follows:

1. To disburse and pay seventy percent (70%) of the principal of interpleaded funds to DOWNEY BRAND LLP, in trust for MIRLA DAVILA, 621 Capitol Mall, 18th Floor, Sacramento, California 95814;

2. To disburse and pay thirty percent (30%) of the principal of interpleaded funds to the LAW OFFICE OF DANIEL I. SPECTOR, in trust for PILAR GONZALEZ GORTINSKY as Trustee for JESSICA GORTINSKY and CHRISTIAN GORTINSKY, 9700 Business Park Drive, Suite 301 Sacramento, 95827;

3. To disburse and pay seventy percent (70%) of any accrued interest on the interpleaded funds to DOWNEY BRAND LLP, in trust for MIRLA DAVILA, 621 Capitol Mall, 18th Floor, Sacramento, California 95814;

4. To disburse and pay thirty percent (30%) of any accrued interest on the interpleaded funds to the LAW OFFICE OF DANIEL I. SPECTOR, in trust for PILAR GONZALEZ GORTINSKY as Trustee for JESSICA GORTINSKY and CHRISTIAN GORTINSKY, 9700 Business Park Drive, Suite 301 Sacramento, 95827;

5. To withhold the Court's registry fund, if any, from the disbursements to each Party according to the percentages set forth above.

IT IS SO ORDERED

DATED: November 28, 2022         /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 SENIOR UNITED STATES DISTRICT JUDGE