DANIEL I. SPECTOR
State Bar Number 160498
BRIE M. HUTTON
State Bar Number 328110
**HANSON BRIDGETT, LLP**
500 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 442-3333

Attorneys for Cross-Complainant,
PILAR GONZALEZ GORTINSKY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>    Plaintiff<br><br>vs.<br><br>MIRLA DAVILA, an individual, and PILAR GONZALEZ GORTINSKY,<br><br>    Defendants.<br><br>PILAR GONZALEZ GORTINSKY, an individual<br><br>    Cross- Complainant,<br><br>vs.<br><br>MIRLA DAVILA, an individual; AMERICAN GENERAL LIFE INSURANCE COMPANY, a corporation; and ROES 1 through 10, inclusive,<br><br>    Cross-Defendants. | Case Number: 2:20-CV-01413-JAM-AC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>**FRCP 41** |

The parties to this action, acting through counsel and pursuant to Federal Rule of Civil Procedure 41, and in consideration of a negotiated settlement executed by them, do hereby stipulate to the Dismissal With Prejudice of this Cross-Complaint, including all claims stated

herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: March 23, 2023                     **HANSON BRIDGETT, LLP**

By:  /s/ Daniel I. Spector
Daniel I. Spector, Esq., Attorneys for
PILAR GONZALEZ GORTINSKY

DATED: March 23, 2023                     **DOWNEY BRAND LLP**

By:  /s/ Sandra Sava
Sandra Sava, Esq., Attorneys for
MIRLA DAVILA

DATED: March 24, 2023                     **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

By:  /s/ Michael Brisbin
Michael Brisbin, Esq.
Attorneys for Plaintiff and Cross-Defendant
American General Life Insurance Company

[ORDER CONTINUES ON NEXT PAGE]

## **ORDER**

Pursuant to Federal Rule of Civil Procedure 41, this Cross-Complaint is hereby ordered **DISMISSED** with prejudice, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: March 27, 2023        /s/ John A. Mendez
                                                        THE HONORABLE JOHN A. MENDEZ
                                                        SENIOR UNITED STATES DISTRICT JUDGE