MICHAEL BRISBIN (SBN 169495)
WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP
655 Montgomery Street, 9th Floor
San Francisco, CA 94111
Telephone:  415.433.0990
Facsimile:   415.434.1370
Email: michael.brisbin@wilsonelser.com

Attorneys for Plaintiff,
American General Life Insurance Company

DANIEL I. SPECTOR (SBN 160498)
HANSON BRIDGETTE, LLP
500 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: (916) 442-3333
Email:dspector@hansonbridgette.com

Attorneys for Defendant/Cross-Claimant,
Pilar Gonzalez Gortinsky

SANDRA L. SAVA (SBN 117415)
DOWNEY BRAND, LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Telephone:  (916) 444-1000
Fax:  (916) 444-2100
Email:  ssava@downeybrand.com

Attorneys for Defendant/Cross-Defendant,
Mirla Davila

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>MIRLA DAVILA, an individual, and PILAR GONZALEZ GORTINSKY,<br><br>　　　　　　　Defendants. | Case No.   2:20-cv-01413-JAM-AC<br><br>**JOINT STIPULATION FOR VOLUNATARY DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE AND ORDER THEREON** |

 AND RELATED CROSS-ACTION

1

Plaintiff/Cross-Defendant American General Life Insurance Company (hereinafter "American General"), and Defendant/Cross-Defendant Mirla Davila ("Davila") and Defendant/Cross-Claimant Pilar Gonzalez Gortinsky ("Gortinsky") (Davila and Gortinsky hereinafter referred to collectively as "Defendants") (Defendants and American General referred to hereinafter as "the Parties"), through their attorneys of record, hereby stipulate as follows:

1. Pursuant to Federal Rule of Civil Procedure 41, the Parties agree the entire action, including the interpleader complaint and all cross-complaints, can be dismissed with prejudice because this action is fully concluded.

2. Each party will bear its own attorney's fees and costs.

**IT SO STIPULATED**.

Dated: October 2, 2023       WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP
By: */S/ Michael Brisbin*
MICHAEL BRISBIN
Attorneys for Plaintiff and Cross-Defendant American General Life Insurance Company

Dated: October 2, 2023       DOWNEY BRAND, LLP
By: */S/ Sandra L. Sava*
SANDRA L. SAVA
Attorneys for Defendant and Cross-Defendant Mirla Davila

Dated: October 2, 2023       HANSON BRIDGETTE, LLP
By: */S/ Daniel I. Spector*
DANIEL I. SPECTOR
Attorneys for Defendant and Cross-Claimant Pilar Gonzalez Gortinsky

# ORDER

Pursuant to Federal Rule of Civil Procedure 41, the entire action, including the interpleader complaint and all cross-complaints, are dismissed with prejudice, with each party to bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: October 04, 2023     /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            SENIOR UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION FOR VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITH PREJUDIC AND OTDER THEREON
CASE NUMBER 2:20-CV-01413-JAM-AC
287499982v.1